**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (State Bar No. 259178)
6167 Bristol Parkway
Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
E-mail: nick@wadjalawgroup.com
*Attorney for Plaintiff*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>COLLECTION CONSULTANTS OF CALIFORNIA,<br><br>    Defendant. | Case No. 5:20-cv-00730-KK<br><br>~~PROPOSED~~ **ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

### ORDER ON DISMISSAL WITH PREJUDICE

Plaintiff, Carol Torres ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. having filed with this Court her Notice of Voluntary Dismissal with prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: _May 18, 2020

_____
Hon. Kenly Kiya Kato
United States Magistrate Judge

1